PENLEY v. PENLEY

No. 16A84.

Case below: 65 N.C. App. 711.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 March 1984.

RAINES v. MOORE

No. 33P84.

Case below: 65 N.C. App. 622.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1984.

STATE v. BARNES

No. 17P84.

Case below: 65 N.C. App. 426.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 March 1984.

STATE v. BOGIN

No. 41P84.

Case below: 66 N.C. App. 184.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.

STATE v. DAVIS

No. 532P83.

Case below: 64 N.C. App. 186.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1984.